IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| CITY OF HUBER HEIGHTS, OHIO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 3:12-cv-336-SLO |
| v. | ) |
| | ) |
| U.S. SPECIALTY INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

**ORDER GRANTING STIPULATION OF EXTENSION OF TIME TO SUBMIT RESPONSE AND REPLY BRIEFS TO MOTIONS FOR SUMMARY JUDGMENT**

Upon consideration of the Stipulation for Extension of Time to File Response and Reply Briefs to Motions for Summary Judgment, submitted by Defendant U.S. Specialty Insurance Company and Plaintiff City of Huber Heights, Ohio, this Court finds the same is well-taken and hereby GRANTED. The parties are ordered to submit responses and replies on or before the following dates:

Date by which a response can be made:    January 18, 2013

Date by which a reply can be made:    January 31, 2013

The Hearing on Motions for Summary Judgment, scheduled for February 27, 2013, is to remain as scheduled.

IT IS SO ORDERED.

Dated: January 14, 2013

SHARON L. OVINGTON
UNITED STATES MAGISTRATE JUDGE

3