# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| CITY OF HUBER HEIGHTS, OHIO, | : | |
| Plaintiff, | : | Case No. 3:12cv00336 |
| v. | : | Chief Magistrate Judge Sharon L. Ovington (By full consent of the parties) |
| U.S. SPECIALTY INSURANCE COMPANY, | : | |
| | : | |
| Defendant. | : | |

## ORDER OF REFERENCE FOR MEDIATION

The above-captioned action is hereby referred to United States Magistrate Judge Michael J. Newman solely for the purpose of conducting a mediation. Magistrate Judge Newman shall have full authority to conduct the mediation and shall report whether or not it has resulted in settlement of this case.

July 3, 2013

                                                              s/Sharon L. Ovington
                                                               Sharon L. Ovington
                                                       Chief United States Magistrate Judge