# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| CITY OF HUBER HEIGHTS, OHIO, | : | |
| | | Case No. 3:12CV336 |
| Plaintiff, | : | |
| | | Magistrate Judge Sharon L. Ovington |
| -vs- | : | (Consent Case) |
| | | |
| U.S. SPECIALTY INSURANCE COMPANY, | : | Magistrate Judge Michael J. Newman (Settlement) |
| | : | |
| Defendant. | | |

## ORDER OF DISMISSAL: TERMINATION ENTRY

The Court having been advised by counsel for the parties that the above-captioned matter has been settled, **IT IS ORDERED** that this action is hereby **DISMISSED**, with prejudice as to all parties, provided that any of the parties may, upon good cause shown within sixty (60) days, reopen the action if settlement is not consummated.

Parties intending to preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 381-82 (1994), and incorporate appropriate language in any substituted judgment entry. The Court will retain jurisdiction to enforce the terms of the settlement if necessary.

**IT IS SO ORDERED.**

August 13, 2013

*/s/ Sharon L. Ovington*
Sharon L. Ovington
United States Magistrate Judge